**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **YANDRO MATOS-LONDRES #A216-855-929** | **CASE NO. 1:26-CV-03034 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN WINN CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Yandro Matos-Londres's Petition for Writ of Habeas Corpus [Doc. No. 7] is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 20th day of October, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE